# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

In re:

SHEILA BULGAN,

        Debtor.

Case No. K11-00232-DMD
Chapter 7

**Filed On**

**9/29/11**

## MEMORANDUM REGARDING DISGORGEMENT
## OF ATTORNEY'S FEES

The United States Trustee's motion for disgorgement of attorney's fees duly came before the court for hearing on September 29, 2011. Mr. Weiner's charge of $3,395.00 for a routine no-asset chapter 7 case is unreasonable. Michael Heiser performed most of the services and received only nominal compensation from Weiner. Weiner's work required constant revision by Heiser and took forever to complete. In accordance with 11 U.S.C. § 329(b), I find that Weiner's compensation of $3,395.00 exceeded the reasonable value of his services by $3,095.00. I also find that the $3,095.00 would not have been property of the estate because the debtor could have exempted that sum. Mr. Weiner shall pay the debtor the sum of $3,095.00 in accordance with 11 U.S.C. § 329(b)(2). An appropriate order and judgment shall issue.

DATED: September 29, 2011

BY THE COURT

 /s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve:  Bruce S. Weiner, Esq., Loyalty Law Group
        22641 Lake Forest Dr., Ste. B5-233
        Lake Forest, CA  92630
      M. Heiser, Esq.
      K. Hill, Esq.
      L. Compton, Trustee        09/29/11